UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSTANCE G. FREY,<br><br>　　　　　　　　　Plaintiff,<br><br>　-against-<br><br>UR M. JADDOU, Director, U.S. Citizenship and Immigration Services,<br><br>　　　　　　　　　Defendant. | 1:22-cv-09990 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

　　On April 27, 2023, the Court issued an Order to Show Cause and directed Plaintiff to respond to that Order no later than May 18, 2023 or the Court would dismiss the case without further notice.  ECF No. 5.  Plaintiff has not filed any response.  As a courtesy and because Plaintiff is *pro se*, the Court will extend Plaintiff's time to respond to the Order to Show Cause until **June 12, 2023**.  If no response is filed by that date showing why this case should not be dismissed, the case will be dismissed without further notice.

　　The Clerk of Court is respectfully directed to mail this Order and the Order at ECF No. 5 to Plaintiff at the address listed on the docket.

Dated: May 22, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　*Jennifer Rochon*
　　　　　　　　　　　　　　　　　　　　　　　　JENNIFER L. ROCHON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge